UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

May 30, 2019

No. 18-1663

UNITED STATES OF AMERICA

v.

TYSON BAKER,
Appellant

(M.D. Pa. No. 1-16-cr-00018-001)

Present:  JORDAN, KRAUSE and ROTH, Circuit Judges

Motion by Appellee to Publish Opinion Dated May 24, 2019.

Respectfully,
Clerk/kr

_____ORDER_____
The foregoing motion to publish opinion is hereby GRANTED.

By the Court,

s/  Kent A. Jordan
Circuit Judge

Dated: July 1, 2019

kr/cc: William A. Behe, Esq.
         Jack J. McMahon, Jr., Esq.